# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SHEREE THOMAS and, ANDREA THOMAS, *on behalf of herself and as the Parent and Guardian of JACOB YOUNG, a minor*,

       Plaintiffs,

v.                                                        No. 09 C 1885

BRUCE ASKEW,

       Defendant.

## JUDGMENT ORDER

This case having been tried to a jury that returned a verdict on June 3, 2010,

NOW WHEREFORE, judgment is hereby entered on the verdict as follows:

Judgment on Count I is entered in favor of the plaintiff ANDREA THOMAS and against the defendant BRUCE ASKEW on plaintiff's excessive-force claim, with $0 (zero) damages;

Judgment on Count II is entered in favor of the plaintiff ANDREA THOMAS and against the defendant BRUCE ASKEW on plaintiff's battery claim, with $0 (zero) damages;

Judgment on Counts I and II is entered in favor of the defendant BRUCE ASKEW and against the plaintiff SHEREE THOMAS on her excessive-force and battery claims and in favor of the

defendant BRUCE ASKEW and against the plaintiff JACOB YOUNG on his battery claim.

DATED: June 7, 2010

ENTER: _____
John F. Grady, United States District Judge