IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEREE THOMAS and ANDREA THOMAS, on behalf of her self and as the Parent and Guardian of JACOB YOUNG, a minor<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO and CHICAGO POLICE OFFICER, B. ASKEW, Star # 9015<br><br>Defendants. | NO. 09 C 1885<br><br>HON. JOHN F. GRADY<br>Judge Presiding<br><br>MAGISTRATE JUDGE COX |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

_____
Christopher Smith
Attorney for plaintiff,
Andrea Thomas
Smith, Johnson & Antholt, LLC
112 South Sangamon Street, 3rd Floor
Chicago, Illinois 60602
(312) 432-0400
Attorney No. 6201953
FEIN: _____
DATE: 11/5/10

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Jonathan Clark Green
Senior Assistant Corporation Counsel
Attorney for Defendant City of Chicago,
and also as Attorney for Defendant Bruce
Askew
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0226
Attorney No. 06193934
DATE: 11/9/10

09 C 1885